MARY TESKEY, Respondent, v. CITY OF BEACON, Appellant.— Action to recover damages for personal injuries. Order of the County Court of Dutchess County denying defendant's motion to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action, affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

EVA TURK et al., Appellants, v. BEEBE SERVICE CORPORATION et al., Respondents.— Order denying motion of plaintiffs for a severance of their action against defendant Molly Marcu from their action against defendant Beebe Service Corporation and restoration of the action against defendant Molly Marcu to the Trial Term calendar, and denying plaintiffs' application for leave to withdraw the motion, modified on the law and the facts by striking out the word " denied " in the second ordering paragraph and substituting therefor the word " granted." As so modified, the order is affirmed, without costs. Defendant Marcu is not entitled to a joint trial with the codefendant. Plaintiffs could have proceeded against one or more joint tort-feasors. Any question of prejudice resulting to that defendant by reason of the absence of the driver of the taxicab because of his induction in military service is not within the scope of this motion for severance. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

## (December 13, 1943.)

EMANUEL BLAM, Appellant-Respondent, v. ESPANITA BLAM, Respondent-Appellant.— In an action for absolute divorce the parties cross appeal from a resettled order awarding alimony and counsel fee to defendant. On appeal by plaintiff, order granting temporary alimony and counsel fee modified on the law and the facts by striking out the provisions therein which granted temporary alimony. As so modified, the order is affirmed, without costs. No opinion. Defendant's appeal from the same order upon the ground that the sums awarded therein are inadequate, is dismissed, without costs. No opinion. Close, P. J., Carswell, Johnston and Taylor, JJ., concur; Lewis, J., not voting.

MONROE J. CAHN, Respondent, v. EMILY FEDOR et al., Appellants, et al., Defendants.— Action to recover attorney's fees, pursuant to section 475 of the Judiciary Law. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

JAMES FLANAGAN, Appellant, v. ISAAC BRIER et al., Respondents.— Action to recover damages for personal injuries. Order setting aside the verdict as against the weight of the evidence and granting a new trial unanimously affirmed, with costs to abide the event. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

JAMES HAGGERTY, Respondent, v. JOHN VOGEL, INC., Appellant, et al., Defendants.— In an action to recover damages for personal injuries sustained by plaintiff when an automobile which he was operating collided with a truck owned by appellant and operated by defendant Gorman, the jury rendered a verdict for plaintiff. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.